IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:20 CV 38 MOC WCM

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER |
| MARK NICHOLAS PYATT and WINSTON REED INVESTMENTS, LLC | ) ) ) ) ) | |
| Defendants, | ) ) | |
| DANIEL GREGORY RANDOLPH | ) ) | |
| Relief Defendant | ) ) | |

This matter is before the Court on a Motion to Unseal Case (the "Motion," Doc. 8) filed by Plaintiff the Securities and Exchange Commission ("SEC").

On February 11, 2020, the presiding District Judge, the Honorable Max O. Cogburn, Jr., ordered that the entire case file in this matter be sealed pending further notification by the SEC. Doc 5.

For the reasons set out in the SEC's Motion, sealing is no longer necessary.

Accordingly, the Motion to Unseal Case (Doc. 8) is **GRANTED** and the Clerk is directed to **UNSEAL** the entire docket and file in this matter.

Signed: February 19, 2020

W. Carleton Metcalf
United States Magistrate Judge